IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5:93CR00017-001BR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL NATHANIEL SMITH, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>T&G LOGISTICS, )<br>)<br>Garnishee. ) | WITHDRAWAL OF<br>WRIT OF GARNISHMENT |

On February 9, 2016 a Writ of Continuing Garnishment was issued in this case, based on an Application for Writ of Continuing Garnishment filed by the United States of America. The United States of America has now withdrawn its Application for Writ of Continuing Garnishment and requested that the Writ of Continuing Garnishment be withdrawn. The Writ of Continuing Garnishment filed in this matter is hereby withdrawn and is of no further legal consequence.

This 24th day of February, 2016.

Julie Richards Johnston
Clerk of Court

Case 5:93-cr-00017-BR   Document 8   Filed 02/24/16   Page 1 of 1